The People of the State of Illinois by Maclay Hoyne, State's Attorney, ex rel. Angus Roy Shannon, Appellant, v. Charles R. Francis, Appellee.

Gen. No. 23,525.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed December 17, 1917.

Statement of the Case.

Petition in the nature of quo warranto by the People of the State of Illinois, by Maclay Hoyne, State's Attorney, on the relation of Angus Roy Shannon, petitioner, against Charles R. Francis, respondent, to test the title of respondent to the office of attorney of the school board of the City of Chicago, under the Act of April 20, 1917, by an appointment by the new board. From a judgment in favor of respondent, petitioner appeals.

This case, with others, was consolidated with *People ex rel. McMahon v. Davis, ante,* p. 117, the opinion in which is controlling on the similar points involved. See also *People ex rel. Larson v. Miller, ante,* p. 134, and *People ex rel. Larson v. Coffin, post,* p. 136.

MACLAY HOYNE, for appellant.

SAMUEL A. ETTELSON and CHESTER E. CLEVELAND, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

SCHOOLS AND SCHOOL, DISTRICTS, § 41*—*when appointment of attorney by new school .board is valid.* The appointment of respondent as attorney by the newly constituted school board of the City of Chicago, which was organized under the Act of April 20, 1917, was valid, and respondent was entitled to the office as against an appointee of the old board.